AFFIRMATION OF SERVICE -- CASE # 18 CV 3621 (FB) (SJB)

State of New York
ss.:
County of Kings

I, the undersigned, an attorney duly admitted to practice in the State of New York, with offices at 304 Livingston Street, Suite 2R, Brooklyn, New York, 11217, affirm as follows as under penalties of perjury:

On March 4, 2019, I personally caused to be served a copy of the within: ORDER GRANTING MOTION SEEKING LEAVE TO WITHDRAW AS COUNSEL DATED MARCH 1, 2019.

/XX/ **SERVICE BY FIRST CLASS MAIL:** by forwarding a copy to each of the following persons at the last known address and numbers set forth after each name below.

Brandon Gutierrez
701 Howard Avenue, 1st Floor
Brooklyn, NY 11212
(631) 568-3862; (934) 444-2124

Dated: Brooklyn, New York
March 4, 2019

/s/Ugochukwu Uzoh