**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELIZABETH CONNELLY**
*Senior Counsel*
Econnell@law.nyc.gov
(212) 356-2547

July 18, 2019

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Brandon Gutierrez v. The City of New York, et al.,
18-CV-3621 (FB)(SJB)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter. Defendants respectfully request that the Court order plaintiff to answer the Defendants' Document Requests and Interrogatories on pain of dismissal. Pursuant to the Court's July 18, 2019 Order and the Individual Rules of Magistrate Judge Sanket J. Bulsara, IV.B, defendants append those discovery demands to their motion. (See Defendants' Document Requests and Interrogatories, attached hereto as Exhibit A).

In way of background, on April 22, 2019, defendants mailed the plaintiff a Notice of Deposition for June 27, 2019 along with discovery demands. At the court conference on June 18, 2019, plaintiff stated that he never received these documents although he received the notice of the status conference which was mailed to the same address. (See Docket No. 17). In order to accommodate the plaintiff, defendants sent another Notice of Deposition and another copy of the discovery demands on June 19, 2019 by first class mail to the new address he provided on the docket. To date, defendants have not received a response.

Therefore, defendants respectfully request that the Court set a date certain by which plaintiff must provide answers and executed releases to the Defendants' Document Requests and Interrogatories on pain of dismissal.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/

Elizabeth Connelly
Senior Counsel

cc: Brandon Gutierrez (First Class Mail)
*Pro Se*
137 Hope Street
Bridgeport, CT 06605