UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRANDON GUTIERREZ,

                        Plaintiff,

            -against-

PO RUSS, DET. BULZOMI, PO TRIONE, SGT. DIAZ,
PO SCHWARTZ, SGT. CECCHINI, PO PUCCIA, SGT.
EVANS, SGT. HILLMAN, and CITY OF NEW YORK,

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

18-cv-3621 (MKB) (SJB)

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew B. Spears and the exhibits attached thereto, the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and Defendants' Statement of Material Facts Pursuant to Local Rule 56.1, all dated August 12, 2020, and upon all the prior pleadings and proceedings had herein, defendants THE CITY OF NEW YORK, PO RUSS, DET. BULZOMI, PO TRIONE, SGT. DIAZ, PO SCHWARTZ, SGT. CECCHINI, PO PUCCIA, SGT. EVANS, and SGT. HILLMAN will move this Court before the Honorable Margo K. Brodie, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, pursuant to Fed. R. Civ. P. 56 for summary judgment dismissing all claims, and for such other and further relief as the Court may find just and proper.

PLEASE TAKE FURTHER NOTICE THAT answering papers, if any, are due on or before September 11, 2020, and reply papers, if any, are due on or before September 25, 2020.

Dated: New York, New York
August 12, 2020

JAMES E. JOHNSON
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-3159

Respectfully submitted,

*Andrew B. Spears* /s

Andrew B. Spears
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA EMAIL ONLY**
Brandon Gutierrez
Plaintiff *pro se*
1284 Sutter Ave.
Brooklyn, NY 11208
Brandongutierrez01@gmail.com