UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BRANDON GUTIERREZ,

                                      Plaintiff,

    v.

THE CITY OF NEW YORK, POLICE OFFICER
DERICK RUSS, POLICE OFFICER DANIEL
TRIONE, DETECTIVE JONATHAN BULZOMI,
SERGEANT JOHN DIAZ, POLICE OFFICER
CHARLES SCHWARTZ, SERGEANT TIMOTHY
CECCHINI, POLICE OFFICER JUSTIN PUCCIA,
SERGEANT HILLMAN, SERGEANT TIMOTHY
EVANS, and JOHN DOE and JANE DOE 1-5,
                                Defendants.
-------------------------------------------------------------------X

JUDGMENT
18-cv-3621(MKB)

       A Memorandum and Order of the Honorable Margo K. Brodie, United States District Judge, having been filed on February 22, 2021, granting Defendants' motion for summary judgment as to Plaintiff's federal claims for false arrest, unreasonable search and seizure, unlawful stop and search, malicious prosecution, excessive use of force, denial of the right to a fair trial, conspiracy, excessive detention, failure to intervene, and *Monell* liability; and declining to exercise supplemental jurisdiction over Plaintiff's state law claims and dismissing those claims without prejudice; and dismissing all claims against the John and Jane Doe Defendants without prejudice; it is

       ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; Plaintiff's state law claims are dismissed without prejudice; all claims against the John and Jane Doe Defendants are dismissed without prejudice; and Judgment is entered in favor of Defendants.

Dated: Brooklyn, New York
          February 24, 2021

                                                                                Douglas C. Palmer
                                                                                  Clerk of Court

                                                                      By:    *s/Brenna B. Mahoney*
                                                                                                 Brenna B. Mahoney
                                                                                                  Chief Deputy